UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK CONNALLY, | ) | |
| Plaintiff(s), | ) | No. C04-3914 BZ |
| v. | ) | **CONDITIONAL ORDER OF DISMISSAL** |
| EDUARDO'S RESTAURANT, | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within 30 days of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: August 8, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CONNALLY\CONDITIONAL ORDER OF DISMISSAL.WPD

1